United States District Court
Southern District of Texas
**ENTERED**
April 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RUBEN LANDON DANTE, *Plaintiff,* § § § | |
| V. § § | CIVIL ACTION NO. 4:24cv3099 |
| POWER HOME REMODELING GROUP LLC, DBA PHRG LLC, POWER HRG, *Defendant* § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated March 19, 2025 (Dkt. 39) and the objections thereto (Dkt. 40), the Court is of the opinion that the Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff Ruben Landon Dante's Motion for Remand (Dkt. 4), Motion for Entry of Default (Dkt. 13), Motions for Sanctions (Dkt. 15, 18) and Motion to Amend (Dkt. 23) are **DENIED**.

It is further **ORDERED** that Plaintiff's duplicative Motion for Entry of Default (Dkt. 26) is **DENIED AS MOOT**; Plaintiff's Motion to Strike (Dkt. 14) is **DENIED**; and Plaintiff's duplicative Motion to Strike is **DENIED AS MOOT** (Dkt. 27).

**SIGNED** at Houston, Texas this **10th** day of April, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE