United States District Court
Southern District of Texas
**ENTERED**
November 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUBEN LANDON DANTE, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:24cv3099 |
| POWER HOME REMODELING GROUP, LLC, DBA PHRG LLC, POWER HRG, *Defendant* | § § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated October 22, 2025 (Dkt. 48) and the objections thereto (Dkt. 50), the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant Power Home Remodeling Group, LLC d/b/a PHRG LLC, Power HRG's Motion for Summary Judgment (docket no. 42) is **GRANTED.**

It is further **ORDERED** that Defendant Power Home Remodeling Group, LLC d/b/a PHRG LLC, Power HRG's Motion in Limine (docket no. 47) is **DENIED**.

**SIGNED** at Houston, Texas this 7th day of November, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE