United States District Court
Southern District of Texas
**ENTERED**
November 10, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| RUBEN LANDON DANTE, *Plaintiff,* § § § | |
| V. § § | CIVIL ACTION NO. 4:24cv3099 |
| POWER HOME REMODELING GROUP, LLC, DBA PHRG LLC, POWER HRG, *Defendant* § § § § § | |

## FINAL JUDGMENT

In accordance with this Court's Order of Adoption adopting the Magistrate Judge's recommendations, it is hereby **ORDERED** that Defendant Power Home Remodeling Group, LLC d/b/a PHRG LLC, Power HRG's Motion for Summary Judgment (docket no. 42) is **GRANTED** and all claims asserted by Plaintiff Ruben Landon Dante against Defendant are **DISMISSED WITH PREJUDICE**.

Costs shall be taxed against Plaintiff.

**THIS IS A FINAL JUDGMENT**.

**SIGNED** at Houston, Texas this 7th day of November, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE