United States District Court
Southern District of Texas
**ENTERED**
June 03, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| RUBEN LANDON DANTE, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:24cv3099 |
| POWER HOME REMODELING GROUP LLC, DBA PHRG LLC, POWER HRG., *Defendant.* | § § § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated May 18, 2026 (Dkt. 61) and the objections thereto (Dkt. 62), the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff Ruben Landon Dante's Motion for Reconsideration and Continuation of Discovery (Dkt. 54) is **DENIED** and the Motion to Remand (Dkt. 56) is **DENIED AS MOOT**.

**SIGNED** at Houston, Texas this __3rd__ day of June, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE