United States District Court
Southern District of Texas
**ENTERED**
July 14, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| RUBEN LANDON DANTE,<br>*Plaintiff,*<br><br>V.<br><br>POWER HOME REMODELING GROUP LLC,<br>DBA PHRG LLC, POWER HRG.,<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:24cv3099 |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 26, 2026 (Dkt. 69) and the objections thereto (Dkt. 70–72), the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff, Ruben Landon Dante's Motion for Leave to Appeal In Forma Pauperis (Dkt. 68) is **DENIED**.

The Court **CERTIFIES** that Plaintiff, Ruben Landon Dante's appeal is not taken in good faith under § 1915(a)(3).

If Plaintiff wishes to proceed with this appeal, he must either pay the filing fee of $605.00 or submit a Motion to Proceed on Appeal In Forma Pauperis directly to the United States Court of Appeals for the Fifth Circuit pursuant to Fed. R. App. P. 24(a)(5).

**SIGNED** at Houston, Texas this __14th__ day of July, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE